FILED
2023 Jun-02  AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**THOMAS GADDIS,**
    Plaintiff,

**v.**

**PAM BENOIT, et al.,**
    Defendants.

Case No. 1:23-cv-309-CLM

## MEMORANDUM OPINION

On April 19, 2023, the magistrate judge previously assigned this case ordered Plaintiff Thomas Gaddis to (1) show cause why the court shouldn't dismiss this case for lack of jurisdiction; and (2) file an amended complaint correcting the noted deficiencies. (Doc. 4). The deadline set forth in the order has expired, and Gaddis hasn't complied or otherwise responded to the order. As a result, the court will **DISMISS** this case **WITHOUT PREJUDICE** for lack of jurisdiction and Gaddis' failure to prosecute.

The court will enter a separate order that carries out this ruling and directs the Clerk of Court to close this case.

**Done** and **Ordered** on June 2, 2023.

_/s/ Corey L. Maze_

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE